IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERWIN L. RUTH                                                                                    PLAINTIFF

v.                                    No. 5:13-cv-80-DPM

DONNY FORD,
Dallas County Sheriff, *et al.*                                                        DEFENDANTS

## JUDGMENT

Ruth's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 April 2013