IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERWIN L. RUTH                                                                              PLAINTIFF

v.                              No. 5:13-cv-80-DPM

DONNY FORD,
Dallas County Sheriff, *et al.*                                                      DEFENDANTS

## JUDGMENT

Ruth's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

25 April 2013